# EXHIBIT 1

## AFFIDAVIT OF CAPTAIN JEFF EMBERTON

On January 31, 2019, Captain Jeff Emberton personally appeared before the undersigned notary public and, under oath, did solemnly swear to the following:

(1)   I am presently employed with the Alabama Department of Corrections as a Captain. I have been employed in that capacity since 2016. Prior to being a Captain, I was a Correctional Lieutenant at Decatur Community Work Center. I have been employed with the ADOC since 2000.

(2)   I am currently assigned to Holman Correctional Facility in Atmore, Alabama. I have worked at Holman since December 2016.

(3)   In mid-June 2018, after Alabama introduced nitrogen asphyxiation as a method of execution, Warden Cynthia Stewart tasked me with giving every death row inmate an election form and an envelope. If an inmate wished to be executed by nitrogen asphyxiation, he was to sign and date the form and put it in the envelope, which would be delivered to Warden Stewart.

(4)   The form I handed out stated:

ELECTION TO BE EXECUTED BY NITROGEN HYPOXIA

Pursuant to Act No. 2018-353, if I am to be executed, I elect that it be by nitrogen hypoxia rather than by lethal injection.
This election is not intended to affect the status of any challenge(s) (current or future) to my conviction(s) or sentence(s), nor waive my right to challenge the constitutionality of any protocol adopted for carrying out executions by nitrogen hypoxia.

Dated this ___ day of June, 2018.

If the inmate wished to elect nitrogen asphyxiation, he would date the form, then sign his name and inmate number at the bottom.

(5) I delivered a form and an envelope to every death row inmate at Holman as instructed.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that to the best of my knowledge, the foregoing is true and correct.

EXECUTED on this the 31st day of January 2019.

_____
CAPT. JEFF EMBERTON

SUBSCRIBED AND SWORN TO before me on this the 31 day of January 2019.

_____
NOTARY PUBLIC

My Commission Expires July 17, 2020
My commission expires: _____