# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEFFERSON S. DUNN, ) <br> COMMISSIONER, ALABAMA ) <br> DEPARTMENT OF ) <br> CORRECTIONS, in his official ) <br> capacity, et al., ) <br> ) <br> Defendants ) <br> ) | Case No. 1:19-cv-57 <br><br> **CAPITAL CASE** <br> **EXECUTION SET FOR** <br> **APRIL 11, 2019** |

## NOTICE OF APPEAL

Notice is hereby given that CHRISTOPHER LEE PRICE, Plaintiff in the above-captioned case, through *pro bono* counsel, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's April 5, 2019 order denying his motion for a preliminary injunction (Doc. 32) and its April 6, 2019 order denying his renewed motion for preliminary injunction (Doc. 35), and from any and all adverse rulings incorporated in, antecedent to, or ancillary to that order.

2

Dated:  April 6, 2019              Respectfully submitted,

/s/ Aaron M. Katz
Aaron M. Katz, Esq. (admitted *pro hac vice*)
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.:  (617) 951-7000
Fax:  (617) 951-7050
aaron.katz@ropesgray.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lauren A. Simpson
    Beth Jackson Hughes
    Henry M. Johnson
    Office of the Attorney General
    501 Washington Avenue
    Montgomery, AL 36130
    Attorneys for Defendants


Dated:  April 6, 2019　　　　　　　　　　　/s/ Aaron M. Katz
　　　　　　　　　　　　　　　　　　　　　　**ROPES & GRAY LLP**
　　　　　　　　　　　　　　　　　　　　　　Aaron M. Katz, Esq. (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　Prudential Tower
　　　　　　　　　　　　　　　　　　　　　　800 Boylston Street
　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　　　　　Tel.:  (617) 951-7000
　　　　　　　　　　　　　　　　　　　　　　Fax:  (617) 951-7050
　　　　　　　　　　　　　　　　　　　　　　aaron.katz@ropesgray.com