# Instructions for Attorneys completing the electronic version of the Eleventh Circuit Transcript Information Form

An electronic version of the Transcript Order Information Form is available on the Eleventh Circuit Court of Appeals website. The following instructions and guidance are provided.

**You must complete a separate form and docket entry for each individual court reporter's transcripts.**

Click on the link below to obtain the Transcript Order Information Form.

> **Transcript Order Information Form**

- Complete the form electronically using Adobe Acrobat or other PDF editor. The form should be signed using the *s/ name* convention for electronic signatures.

- Save the completed form as a PDF document. *The save option is preferred since it then allows the court reporter to complete their portions electronically.*

- File the form electronically with the District Court using the CM/ECF system. From the main CM/ECF menu select:

  **Civil or Criminal Events; Appeal Documents; Transcript Information Form**.

- The Transcript Information Form will be emailed to the Eleventh Circuit Court of Appeals via the CM/ECF system.

- The Transcript Information Form will also be emailed to the court reporter when the form is e-filed with the court. Please follow the prompts during the event to select the correct court reporter.

**For CJA Appointed Counsel**

- The Southern District of Alabama utilizes eVoucher for all CJA-24 requests for transcripts. This is a two-part process in eVoucher. You must first request authorization to obtain the transcripts (AUTH-24). After authorization is granted you must create and save a CJA-24 request that will provide notice to the appropriate court reporter that financial arrangements are secured for production of the transcript.

  > **eVoucher Link**