UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON S. DUNN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, in his official capacity, <br><br> CYNTHIA STEWART, WARDEN, HOLMAN CORRECTIONAL FACILITY, in her official capacity, and <br><br> OTHER UNKNOWN EMPLOYEES AND AGENTS, ALABAMA DEPARTMENT OF CORRECTIONS, in their official capacities, <br><br> Defendants. | Case No. 19-57 |

## AFFIDAVIT OF AARON M. KATZ

I, Aaron M. Katz, swear or affirm under penalty of perjury that the following facts are true and correct to the best of my knowledge:

1. I am a member in good standing of the bar of the Supreme Judicial Court of Massachusetts.

2. I am an attorney and partner in the Boston office of Ropes & Gray LLP. Ropes & Gray has represented Christopher Lee Price since 1999. I have worked on Mr. Price's case since 2006 and became Mr. Price's lead counsel in or around 2009.

1

3.   Attached as Exhibits A-D are true and correct copies of the final version of the East Central University report on execution by nitrogen hypoxia; the affidavit of Professor Pappas; the affidavit of Dr. Heath; and the affidavit of Dr. Zivot.

Sworn to this day of April 11, 2019.

                                                             Aaron M. Katz, Esq.