IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHRISTOPHER LEE PRICE,          :
     Plaintiff,                     :
                                   :
v.                                    :          CIVIL ACTION 1:19-00057-KD-MU
                                   :
JEFFERSON S. DUNN, *et al.*,       :
     Defendants.                :

**ORDER**

This matter is before the court on Price's oral request for an expedited trial setting. Both parties agree that the District Court has jurisdiction to proceed on the merits of the case. Price's request is **GRANTED** as follows:

1) The non-jury trial on Price's Eighth Amendment claim (First Cause of Action) will be held on **June 10, 2019** at **9:00 a.m.**

2) Any expert testimony must be disclosed and a report provided (as required pursuant to Rule 26(a)) on or before **May 10, 2019.**

3) Any requests for interrogatories, admissions or documents production must be made by **May 10, 2019** and responded to on or before **May 20, 2019.**

4) Any depositions must be conducted on or before **May 20, 2019.**

5) All pre-trial disclosures must be exchanged on or before **May 31, 2019.**

6) A telephonic pre-trial conference will be held on **June 6, 2019** at **9:30 a.m.**

7) Any motion for summary judgment filed will be considered as a trial brief and carried to trial.

The Plaintiff's request that the case be expedited further, if the execution date is set before the trial, is **DENIED**. Pursuant to the Supreme Court's decision, no further stay of execution will be granted.

**DONE** and **ORDERED** this the **22nd** day of **April 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**