UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JEFFERSON S. DUNN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, in his official capacity, et al.,<br><br>　　　　Defendants | Case No. 19-cv-57<br><br>**CAPITAL CASE**<br><br>**SCHEDULED FOR EXECUTION ON MAY 30, 2019** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS UNDER SEAL**

Pursuant to General L.R. 5.2 and the Protective Order entered in this action (Doc. 70), Plaintiff Christopher Lee Price respectfully moves for leave to file a Motion for Judgment on Partial Findings under seal. In support of this Motion, Plaintiff states as follows:

1. The instant case is a method-of-execution lawsuit filed pursuant to 42 U.S.C. § 1983 alleging that the State of Alabama's lethal injection protocol violates the Eighth Amendment.

2. Defendants, the Alabama Department of Corrections ("ADOC"), and the State of Alabama have asserted that they have a vital and compelling interest in protecting the confidentiality of the procedures, the identities of persons who participate in the enforcement of death sentences, and all aspects of the manner of enforcing a death sentence in the State. *See* Joint Mot. for Protective Order (Doc. 68).

3. To protect such confidential information, this Court has entered a Protective Order (Doc. 70) that prohibits the disclosure of certain Confidential Materials to any persons other than certain enumerated classes of persons designated in paragraph 8 of the Protective Order. Doc. 70 at 5–6. The Protective Order further requires the parties to file under seal any pleadings or other documents containing such confidential information. Doc. 70 at 7.

4. Plaintiff's Motion for Judgment on Partial Findings contains references to such confidential information, namely ADOC's execution protocol and procedures used by the State to carry out executions by lethal injection. Pursuant to General L.R. 5.2, this pleading and the exhibits thereto have been filed in camera and under seal concurrently herewith.

For these reasons, Mr. Price respectfully requests that the Court grant Mr. Price leave to file his motion and accompanying exhibits under seal, and requests that these documents remain under seal until further order of the Court.

Respectfully submitted,

|  | ROPES & GRAY LLP |
|---|---|
| Dated: May 24, 2019 | By: /s/ Jonathan R. Ference-Burke<br>Jonathan R. Ference-Burke (admitted pro hac vice)<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 508-4600<br>jonathan.ference-burke@ropesgray.com<br><br>Aaron M. Katz (admitted pro hac vice)<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>(617) 951-7000 (phone)<br>(617) 951-7050 (fax)<br>aaron.katz@ropesgray.com<br><br>*Counsel for Plaintiff-Appellant*<br>*Christopher Lee Price* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of May, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the counsel of record.

Dated:  May 24, 2019 /s/ Jonathan R. Ference-Burke

Jonathan R. Ference-Burke  (admitted pro hac vice)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
jonathan.ference-burke@ropesgray.com

Aaron M. Katz, Esq. (admitted pro hac vice)
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Tel.:  (617) 951-7000
Fax:  (617) 951-7050
aaron.katz@ropesgray.com

*Counsel for Plaintiff-Appellant*
*Christopher Lee Price*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON S. DUNN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, in his official capacity, et al., <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 19-cv-57 <br><br> **CAPITAL CASE** <br><br> **SCHEDULED FOR EXECUTION ON MAY 30, 2019** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS UNDER SEAL

This matter is before the Court on Plaintiff's Motion for Leave to File Plaintiff's Motion for Judgment on Partial Findings Under Seal.  Upon consideration, Plaintiff's Motion for Leave to File Plaintiff's Motion for Judgment on Partial Findings Under Seal is GRANTED.  The copy of Plaintiff's Motion for Judgment on Partial Findings and the accompanying exhibits filed in camera and under seal concurrently with this motion is hereby accepted for filing and shall remain under seal until further order of this Court.

**DONE** and **ORDERED** this _____ day of **May 2019**.

                                                    **KRISTI K. DuBOSE**
                                                    **UNITED STATES DISTRICT JUDGE**