IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER LEE PRICE,** : <br>    Plaintiff, : <br>  : <br> **v.** : <br>  : <br> **JEFFERSON S. DUNN,** *et al.,* : <br>    Defendants. : | CIVIL ACTION 1:19-00057-KD-MU |

**ORDER**

This matter is before the Court on Price's motion for entry of final judgment in his favor, or in the alternative, a stay of execution. (Doc. 81-SEALED).

The Defendants are **ORDERED** to file and serve a response on or before **3:30 p.m.** on **May 26, 2019,** in which the Defendants shall also address this Court's jurisdiction to decide the motion.

**DONE** and **ORDERED** this the **24th** of **May, 2019**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**