# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON S. DUNN, Commissioner, )<br>Alabama Department of Corrections, )<br>in his official capacity, et al., )<br>)<br>Defendants. ) | No. 1:19-cv-57-KD-MU |

## DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR JUDGMENT ON <u>PARTIAL FINDINGS UNDER SEAL</u>

Pursuant to General Local Rule 5.2 and the Protective Order entered in this matter,[1] Defendants respectfully move for leave to file their objection to Plaintiff's Motion for Judgment on Partial Findings[2] under seal. In support of this motion, Defendants state as follows:

1. The instant case is a method-of-execution lawsuit filed pursuant to 42 U.S.C. § 1983 alleging that the State of Alabama's lethal injection protocol violates the Eighth Amendment.

2. Defendants have a vital and compelling interest in protecting the confidentiality of the lethal injection protocol, the identities of persons

---

1. Doc. 70.
2. Doc. 82.

involved in execution proceedings, and all aspects of the manner of enforcing a death sentence in the state.[3]

3. To that end, this Court entered a Protective Order prohibiting the disclosure of certain Confidential Materials to any persons other than certain enumerated classes of persons designated in paragraph 8 of the Order.[4] The Protective Order requires the parties to file under seal any pleadings or other documents containing such confidential information.[5]

4. This Court has ordered Defendants to file and serve a response to Plaintiff's motion by 3:30 p.m. on May 26, 2019.[6] Defendants' objection to Plaintiff's motion contains references to Confidential Materials, including the ADOC's lethal injection protocol and deposition transcripts identified as confidential.

5. Pursuant to General Local Rule 5.2, this pleading has been filed in camera and under seal concurrently with this motion.

For these reasons, Defendants respectfully request that this Court grant Defendants leave to file their objection to Price's motion under seal and further request that this document remain under seal until further order of the Court.

Respectfully submitted on this the 25th day of May 2019.

STEVE MARSHALL

---

3. *See* Doc. 68.
4. Doc. 70 at 5–6.
5. *Id.* at 7.
6. Doc. 83.

2

ATTORNEY GENERAL OF ALABAMA
BY—

Edmund G. LaCour, Jr.
*Alabama Solicitor General*

*/s/ Lauren A. Simpson*
Lauren A. Simpson
Beth J. Hughes
Henry M. Johnson
Christopher Reader
*Alabama Assistant Attorneys General*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on May 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: **Aaron M. Katz, Jonathan R. Ference-Burke, and Patrick J. Dolan**.

            */s/ Lauren A. Simpson*
            Lauren A. Simpson
            *Alabama Assistant Attorney General*
            State of Alabama

            Office of the Attorney General
            501 Washington Avenue
            Montgomery, AL 36130-0152
            Tel: (334) 242-7300
            Fax: (334) 353-3637
            E-mail: lsimpson@ago.state.al.us

# EXHIBIT A:

# PROPOSED ORDER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-57-KD-MU |
| | ) |
| JEFFERSON S. DUNN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Defendants' motion for leave to file Defendants' Objection to Plaintiff's Motion for Judgment on Partial Findings under seal. Upon consideration, Defendants' motion is **GRANTED**. The copy of Defendants' Objection to Plaintiff's Motion for Judgment on Partial Findings, filed in camera and under seal concurrently with this motion, is hereby accepted for filing and shall remain under seal until further order of this Court.

**DONE** and **ORDERED** this _____ day of **May, 2019**.

_____
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**