IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTOPHER LEE PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-57-KD-MU |
| | ) |
| JEFFERSON S. DUNN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| in his official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS UPON SUGGESTION OF DEATH OF PLAINTIFF CHRISTOPHER LEE PRICE**

COME NOW Defendants and respectfully move this Honorable Court to dismiss Plaintiff Christopher Lee Price's above-styled civil action. Because Price sought declaratory and injunctive relief from Defendants, his death abates his current action, which cannot be maintained by his next of kin, his estate, or a next friend.

In support of this motion, Defendants disclose to the Court that Christopher Price's sentence of death was carried out by the Alabama Department of Corrections on Thursday, May 30, 2019. Plaintiff was pronounced dead at 7:31 p.m. on that date.

WHEREFORE, Defendants pray this Honorable Court will grant their motion and dismiss the above-styled civil action.

Respectfully submitted on this the 31st day of May 2019.

STEVE MARSHALL
ATTORNEY GENERAL OF ALABAMA

BY—

Edmund G. LaCour Jr.
*Alabama Solicitor General*

***/s/ Lauren A. Simpson***
Lauren A. Simpson
Beth J. Hughes
Henry M. Johnson
Christopher Reader
*Alabama Assistant Attorneys General*
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on May 31, 2019, I served a copy of the foregoing upon counsel for the Plaintiff by filing the same via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to: **Aaron M. Katz, Jonathan R. Ference-Burke, and Patrick J. Dolan.**

           ***/s/ Lauren A. Simpson***
           Lauren A. Simpson
           *Alabama Assistant Attorney General*
           State of Alabama
           Office of the Attorney General
           501 Washington Avenue
           Montgomery, AL 36130-0152
           Tel: (334) 242-7300
           Fax: (334) 353-3637
           E-mail: lsimpson@ago.state.al.us