IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER LEE PRICE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 1:19-00057-KD-MU |
| | : | |
| **JEFFERSON S. DUNN,** *et al.,* | : | |
| Defendants. | : | |

**ORDER**

This action is before Court on Defendants' motion to dismiss Plaintiff's case upon suggestion of death of Plaintiff Christopher Price (Doc. 93), and Plaintiff's response (Doc. 95).

On May 30, 2019, Plaintiff Christopher Price's sentence of death was carried out by the Alabama Department of Corrections. Defendants assert that due to Price's death, the current litigation (seeking declaratory and injunctive relief) is abated and cannot be maintained by his next of kin, his estate, or a next friend. In response, Price does not oppose the Defendant's motion.[1] Upon consideration, it is **ORDERED** that this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **5**th day of **June 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Additionally, in the Response, Plaintiff asserts no Fed.R.Civ.P. Rule 25(a) contention (that there exists an authorized substitution for him to continue litigation of this case).